**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Felipe MARTINEZ–GARCIA,**
**Defendant–Appellant.**

**No. 13–40359**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 16, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Felipe Martinez–Garcia, San Luis Potosi, ME, pro se.

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Felipe Martinez–Garcia has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Martinez–Garcia has not filed a response. Moreover, Martinez–Garcia has served his prison term, and he has no additional term of supervised release or payment of a fine or special assessment. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous and in part as moot. *See* 5TH CIR. R. 42.2; *United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.